In the Matter of the Application of ALTON SILVERMAN for Admission to the Bar.— Motion referred to the court that rendered former decision. Present —

Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for leave to reapply for admission to the Bar granted. Present — Carswell, Johnston, Adel and Sneed, JJ.; Nolan, P. J., not voting.